| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |
|---|---|

Canadian Solar International Limited,
Canadian Solar Manufacturing (Thailand) Co., Ltd.,
Canadian Solar US Module Manufacturing Corporation
                              Plaintiffs,

        v.
United States

                              Defendant.

Court No.   25-00168

# NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 8/25/2025

Jonathan T. Stoel
Attorney for Plaintiff

555 Thirteenth Street, NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-637-6634
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

                                        By: _____
                                              Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-00168 | Canadian Solar International Limited, Canadian Solar Manufacturing (Thailand) Co., Ltd., Canadian Solar US Module Manufacturing Corporation |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                            Clerk, U. S. Court of International Trade

                            By: _____
                                     Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)